**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

      **CASE NUMBER CR2-08-225**
  v.     **JUDGE EDMUND A. SARGUS, JR.**

**HEIKO CHARLES**

## ORDER

The undersigned recuses himself from this case. The Clerk shall utilize the random draw and assign a new judge to this matter.

**IT IS SO ORDERED.**

May 27, 2009        */s/ Edmund A. Sargus, Jr.*
**DATE**        **EDMUND A. SARGUS, JR.**
      **UNITED STATES DISTRICT JUDGE**